GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2023 NOV -1 PM 3: 40

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR23-01691 TUC-JAS(BGM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | I N D I C T M E N T |
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. §113(a)(3) and 1153<br>(Assault with a Dangerous Weapon)<br>Count One |
| Trey Emery Benson, | 18 U.S.C. §113(a)(6) and 1153<br>(Assault Resulting in Serious Bodily Injury)<br>Count Two |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 11, 2023, in the District of Arizona, within the confines of the Tohono O'odham Reservation, Indian Country, TREY EMERY BENSON, an Indian, did intentionally and knowingly assault E.O.O. with a knife, a dangerous weapon, with intent to do bodily harm.

All in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 2

On or about April 11, 2023, in the District of Arizona, within the confines of the Tohono O'odham Reservation, Indian Country, TREY EMERY BENSON, an Indian, did intentionally, knowingly, and recklessly assault E.O.O., resulting in serious bodily injury.

/ / /

All in violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 1, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ADAM D. ROSSI
Assistant United States Attorney

*United States of America v. Trey Benson*
*Indictment Page 2 of 2*